IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Richard J. Spalding and Tamara L. Spalding f/k/a Tamara Marcum<br>　　　Debtors, | BANKRUPTCY CASE NUMBER 19-16457/JKF |
| Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for US Bank N.A., not in its individual capacity but solely as Trustee for the CIM Trust 2017-8 Mortgage-Backed Notes, Series 2017-8<br>　　　Movant. | CHAPTER 7<br><br>11 U.S.C. § 362<br><br>November 20, 2019 at 2:00 PM |
| v. | Courtroom # 3 |
| Richard J. Spalding and Tamara L. Spalding f/k/a Tamara Marcum<br>　　　Debtors/Respondents, | |
| Michael H. Kaliner, Trustee<br>　　　Additional Respondent. | |

**O R D E R**

　　AND NOW, this __20th__ day of _____November_____, 2019, ~~at the Eastern District of Pennsylvania,~~ upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtors to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

　　ORDERED ~~AND DECREED~~ that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 148 Schoolview Lane, Oxford, PA 19363; and it is

　　~~FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.~~

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_/s/ Jean K. Fitzsimon_
　　　　　　　　　　　　　　　　　　HONORABLE JEAN K. FITZSIMON
　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE